

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-01091-CV

THE CITY OF HOUSTON, Appellant

V.

DOWNSTREAM ENVIRONMENTAL, L.L.C., Appellee

Appeal from the 295th District Court of Harris County.   (Tr. Ct. No. 2011-29293).

**TO THE 295TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 12th day of June 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This Court today considered a motion for rehearing filed by appellant, the City of Houston. We order that the motion be denied and that this Court's former judgment of April 3, 2014 be vacated, set aside, and annulled. We further order this Court's opinion of April 3, 2014 withdrawn.

> This case is a statutory interlocutory appeal from the order signed by the trial court on November 28, 2012.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's order that denied the City of Houston's plea to the jurisdiction as to Downstream Environmental L.L.C.'s contract and negligence causes of action as well as its claims for monetary relief based on alleged constitutional violations.   Accordingly, the Court **reverses** this portion of the trial court's order and renders judgment of dismissal as to these claims.

The Court further holds that there was no reversible error in the remaining portion of the trial court's order, which denied the City of Houston's plea to the jurisdiction as to Downstream Environmental L.L.C.'s claims for injunctive relief based on alleged constitutional violations. Therefore, the Court **affirms** the remaining portions of the trial court's order.

The Court further **remands** the case to the trial court for further proceedings on Downstream Environmental L.L.C.'s pending claims for injunctive relief based on alleged constitutional violations.

The Court **orders** that the appellant, the City of Houston, pay one half of the appellate costs. The Court **orders** that the appellee, Downstream Environmental, L.L.C., pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 12, 2014.

Panel consists of Justices Keyes, Higley, and Massengale. Opinion delivered by Justice Massengale.


**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.


January 30, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

